| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  The Summit Group Communications, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  87-0384775

**4. Debtor's address**

Principal place of business
215 Park Ave S
11th Floor
New York, NY 10003
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  summitgroup.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor    The Summit Group Communications, Inc.                                Case number (*if known*) _____
          Name

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   __5418__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   - ☒ No.
   - ☐ Yes.
   
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

Debtor   The Summit Group Communications, Inc.              Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
☒ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  The Summit Group Communications, Inc.          Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/7/2022
             MM / DD / YYYY

X  *Naushad Parpia*                              Naushad Parpia
   Signature of authorized representative of debtor    Printed name

Title  Chairman, President, Secretary and Treasurer

**18. Signature of attorney**

X  _____         Date  _____
   Signature of attorney for debtor                   MM / DD / YYYY

Thomas D. Bielli
Printed name

Bielli & Klauder, LLC
Firm name

1905 Spruce Street
Philadelphia, PA 19103
Number, Street, City, State & ZIP Code

Contact phone _____       Email address  tbielli@bk-legal.com

5831474 NY
Bar number and State

Debtor   The Summit Group Communications, Inc.                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____         Naushad Parpia
Signature of authorized representative of debtor       Printed name

Title   Chairman, President, Secretary and Treasurer

**18. Signature of attorney**

X _____        Date  11/7/22
Signature of attorney for debtor                MM / DD / YYYY

Thomas D. Bielli
Printed name

Bielli & Klauder, LLC
Firm name

1905 Spruce Street
Philadelphia, PA 19103
Number, Street, City, State & ZIP Code

Contact phone  2156428271     Email address  tbielli@bk-legal.com

5831474 NY
Bar number and State

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF SUMMIT GROUP COMMUNICATIONS, INC.

November 6, 2022

**WHEREAS**, the undersigned, representing the director of Summit Group Communications, Inc. (the "Company");

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and to file all necessary papers and documents to effectuate and carry out the chapter 7 bankruptcy filing;

**RESOLVED,** that Naushad Parpia, the Chairman, President, Secretary, and Treasurer (referred to herein as the "Authorized Person") hereby is authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 7 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 7 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 7 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 7 case and is authorized to perform all legal services necessary appropriate to effectuate the Company's chapter 7 case;

**RESOLVED,** that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first above written.

**<u>Sole Director of Summit Group Communications, Inc.</u>**

*Naushad Parpia*
_____
Naushad Parpia

2

Alpha Media  
2722 S Redwood Rd #1  
West Valley City, UT 84119

Basis Global Technologies, Inc.  
11 E Madison St. 6th Floor  
Chicago, IL 60602

Bonneville  
55 North 300 West  Ste 200  
Salt Lake City, UT 84101

CG Visual Solutions Corporation  
PO Box 561139  
Denver, CO 80256

Compass Outdoor LLC  
9815 S Monroe St Ste 501  
Sandy, UT 84070

Desert Mountain Broadcasting  
2075 Central Ave #5  
Billings, MT 59102

Fortis Private Bank  
1550 17th St. Ste. 100  
Denver, CO 80202

Idaho Press Tribune  
PO Box 9399 1618 N Midland Blvd  
Nampa, ID 83652

iHeart Media  
P.O. Box 419499  
00241

ILIAD MEDIA BOISE, LLC  
5660 FRANKLIN ROAD STE 200  
Nampa, ID 83687

Imagicomm Idaho  
PO Box 931850  
Atlanta, GA 31193

Independent Newsmedia Inc. USA  
110 Galaxy Dr.  
Dover, DE 19901

Informa Markets Manufacturing LLC  
1983 Marcus Avenue  Ste 250  
New Hyde Park, NY 11042

KASW - Scripps Media, Inc.  
P.O. Box 844518  
Los Angeles, CA 90084

```
KBER-FM
3654 Momentum Place
Chicago, IL 60689


KBUL-AM - Townsquare Media
PO Box 731289
Dallas, TX 75373


KBZN - Capital Broadcasting
257 East 200 South #400
Salt Lake City, UT 84111


KENZ-FM - Cumulus Media- Salt Lake City
3654 Momentum Place
Chicago, IL 60689


KNIN
1866 E. Chisholm Drive
Nampa, ID 83687


KNXV - Scripps Media, Inc,
P.O. Box 844518
Los Angeles, CA 90084


KPAX
PO Box 4827
Missoula, MT 59806


KPHO
5555 N 7th Avenue
Phoenix, AZ 85013


KPNX
200 East Van Buren Street
Phoenix, AZ 85004


KSAZ
5709 Collection Center Drive
Chicago, IL 60693


KSLX-FM
Lockbox # 511553 PO Box 511553
Los Angeles, CA 90051


KSOP-FM
PO Box 25548
Salt Lake City, UT 84125


KSTU - Scripps Media, Inc.
P.O. Box 844521
Los Angeles, CA 90084


KSVI
PO Box 748604
Los Angeles, CA 90074
```

KTVB
5407 W. Fairview Ave.
Boise, ID 83706


KTVQ
3203 3rd Avenue
Billings, MT 59101


KUBL-FM - Cumulus Media- Salt Lake City
3654 Momentum Place
Chicago, IL 60689


KULR - Cowles Montana Media Company
PO Box 600
Spokane, WA 99210


KUPD-FM
Lockbox # 511553   PO Box 511553
Los Angeles, CA 90051


KXPI - NPG of Idaho, Inc.
1915 N. Yellowstone Hw
Idaho Falls, ID 83401


KYSS-FM - Townsquare Media
PO Box 5417
Missoula, MT 59806


LAMAR COMPANIES
2250 S Empire Way
Boise, ID 83709


Las Vegas Review-Journal
PO BOX 920
Las Vegas, NV 89125


Lifestyle Publications, LLC
514 W 26th St  Ste 1S
Las Vegas, NV 89106


LOTUS BOISE CORP
5257 W FAIRVIEW AVE STE 240
Boise, ID 83706


McClatchy Company LLC
PO Box 510150
Livonia, MI 48151


Meta Platforms, Inc.


Missoula Broadcasting Company, LLC
2620 Radio Way #B
Missoula, MT 59808

```
MOUNTAIN BROADCASTING
714 KENSINGTON AVE.
Missoula, MT 59801


NPG of Idaho, Inc News3 CBS MIFI
PO Box 873808
Kansas City, MO 64187


NTMF - Cowles Montana Media Company
PO Box 600
Spokane, WA 99210


Pandora Media, LLC dba SXM MEDIA
25601 Network Place
Chicago, IL 60673


Reagan Outdoor Advertising
1775 North Warm Springs Road
Salt Lake City, UT 84116


Rich Broadcasting-Idaho Falls
1406 Commerce Way
Idaho Falls, ID 83401


RIVERBEND COMMUNICATIONS, LLC.
400 WEST SUNNYSIDE ROAD
Idaho Falls, ID 83402


RODMAN MEDIA
P.O BOX 69260
Baltimore, MD 21264


Sandhill Media
854 Lindsay Blvd
Idaho Falls, ID 83402


Scripps - Scripps Media, Inc
1866 E. Chisholm Drive
Nampa, ID 83687


Seniors Blue Book - CO
PO Box 9364
Salt Lake City, UT 84109


Shelton-Mason County Journal
PO Box 430
Shelton, WA 98584


ShowCase Media


Sinclair Broadcast Gr c/o KUTV
PO Box 206270
Dallas, TX 75320
```

```
Sinclair Broadcast Group c/o KBOI
PO Box 206270
Dallas, TX 75320


Sinclair Broadcast Group c/o KJZZ
PO Box 206270
Dallas, TX 75320


Sinclair Broadcast Group c/o KYUU
PO Box 206270
Dallas, TX 75320


The Gazette
30 E Pikes Peak Avenue Ste 100
Colorado Springs, CO 80903


The Seattle Times
PO BOX 70
Seattle, WA 98111


Todd Wolfenbarger
2859 East Palma Way
Salt Lake City, UT 84121


Townsquare Media Boise
PO Box 732358
Dallas, TX 75397


William Paulos
987 East North Bonneville Drive
Salt Lake City, UT 84103


Zions First National Bank
2200 South Highland Drive
Salt Lake City, UT 84106
```

# United States Bankruptcy Court
## Southern District of New York

In re: The Summit Group Communications, Inc.
Debtor(s)

Case No.
Chapter  7

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman, President, Secretary and Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 6, 2022

/s/ Naushad Parpia
Naushad Parpia /Chairman, President, Secretary and Treasurer
Signer/Title